UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-23330-JAL

CHARLES H. KINSEY,

    Plaintiff,

v.

JONATHAN ALEDDA, individually,
KEVIN WARREN, individually, ALENS
BERNADEAU, individually, KEVIN CRESPO,
Individually, EMILE HOLLANT, individually,
MILTON REID, individually, and the CITY OF
NORTH MIAMI, FLORIDA, a municipal corporation.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, CHARLES H. KINSEY, by and through his undersigned counsel, and JONATHAN ALEDDA, KEVIN WARREN, ALENS BERNADEAU, KEVIN CRESPO, and EMILE HOLLANT, by and through their undersigned counsel, file this Joint Notice of Settlement pursuant to S.D. FL. Local Rule 16.4.  The settlement includes a complete dismissal of this lawsuit against all parties.

    Respectfully submitted,

    **RASCO KLOCK PEREZ NIETO**
    Attorneys for Plaintiff, Charles H. Kinsey
    2555 Ponce de Leon Blvd., Suite 600
    Coral Gables, Florida 33134
    Telephone: 305.476.7100
    Facsimile: 305.476.7102

    By: /s/ *Hilton Napoleon, II*
        Hilton Napoleon, II, Esq., FBN 17593
        Joseph P. Klock, Jr., Esq., FBN 156678
        hnapoleon@rascoklock.com
        jklock@rascoklock.com

**LYDECKER | DIAZ**
Attorneys for Kevin Warren, Alens Bernadeu, Kevin Crespo, Milton Reid and the City of North Miami
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

By: /s/ *Stephen Hunter Johnson*
    Stephen Hunter Johnson, FBN 12362
    Stephanie Pidermann, FBN 60414
    shj@lydeckerdiaz.com
    sp@lydeckerdiaz.com


**MARSHALL, DENNEHEY, WARNER, COLEMAN, GOGGIN**
Attorneys for Emile Hollant
100 NE Third Avenue, Suite 1100
Ft. Lauderdale, FL 33301
Telephone: (305) 416-3180
Telephone: (954) 847-4920

By: /s/ *Alan C. Nash*
    Alan. C. Nash, Esq. FBN 0051267
    ACNash@MDWCG.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2019, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II